Michael D. Bassett, No. 10359
Law Office of Michael D. Bassett, PLLC
P.O. Box 334
Sandy, UT 84091
Tel: (801) 831-1000
Fax: (801) 618-4110

*Attorney for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| LAUREN RUDD, an individual, and DICK BICKERTON, and individual, <br><br> Plaintiffs, <br> vs. <br><br> IKON PARTNERS, LLC, a Utah Limited Liability Company, JAROM DASTRUP, an individual. <br><br> Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANTS JAROM DASTRUP AND IKON PARTNERS LLC WITH PREJUDICE** <br><br> Civil No. 2:11-CV-00923 DN <br><br> Judge: David Nuffer |

Before the court is a motion and stipulation to dismiss the remaining Defendants Jarom Dastrup and Ikon Partners LLC with prejudice.[1] The motion is GRANTED.  Each party shall bear its own fees and costs.  The clerk is directed to close this case.

DATED this 4th day of February, 2014.

_____
David Nuffer
United States District Court Judge

---

[1] Docket no. 128, filed Feb. 2, 2014.

Approved as to Form:

/s/ Matthew Lewis                    Date: 2/2/14_____
(signed by Filing Attorney with permission of  Defendant's attorney)
Matthew Lewis
Attorney for Jarom Dastrup and Ikon Partners LLC

2

1143730.1